**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ALAN R. ZUCKERMAN, SB# 78698
  E-Mail: Alan.Zuckerman@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants RENAL ADVANTAGE, INC. and BIO-MEDICAL APPLICATIONS OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA TULAWIE, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RENAL ADVANTAGE, INC. a Delaware corporation; BIO-MEDICAL APPLICATIONS OF CALIFORNIA, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV14-2076 PJW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>The Hon. Patrick J. Walsh<br><br><br><br>Trial Date:　　March 3, 2015 |

　　**IT IS ORDERED** that this action is dismissed, with prejudice, each side to bear their own fees and costs.

DATED: November 12, 2014

　　　　　　　　　　　　　　　　　　　　　／s／ Patrick J. Walsh
　　　　　　　　　　　　　　　　　　Patrick J. Walsh
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

4822-6110-3904.1

ORDER OF DISMISSAL WITH PREJUDICE